UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>   v.<br><br>GRADY LARZELL BROWN, JR.,<br><br>                   Defendant. | Case No. 2:14-CR-00078-RSM and CR11-92-RSM<br><br>**DETENTION ORDER** |

The Court has conducted an appearance bond revocation hearing and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

The Court initially released defendant over the government's objections. The government contended that defendant was a poor risk for release and posed a danger to the community. The Court subsequently held a bond revocation hearing and found that defendant violated his release order by committing the offense of possessing marijuana with intent to distribute. This finding was based on testimony by a police officer who watched defendant buy marijuana and repackage it for resale.

It is therefore **ORDERED**:

- 1

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 25th day of March 2014.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Detention order - 2